UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| GEORGE BELL MCCURTY, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 1:14-cv-13 |
| COMMISSIONER OF SOCIAL SECURITY, | ) Judge Mattice |
| *Defendant.* | ) Magistrate Judge Lee |

## ORDER

On September 17, 2014, United States Magistrate Judge Susan K. Lee filed a Report and Recommendation (Doc. 8) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Lee recommended that Plaintiff's action be dismissed for failure to comply with court orders and failure to properly serve the Defendant.[1]

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[2] Nevertheless, the Court has reviewed the record in this matter, and it agrees with the Magistrate Judge's well-reasoned conclusions.

---

[1] The Court's electronic docket reflects that Magistrate Judge Lee's Report and Recommendation was returned as undeliverable on September 24, 2014. (Doc. 9). However, this is the address that Plaintiff provided to receive communications from the Court and, if he has been released from custody, he has failed to provide an updated address to receive communications from the Court.

[2] Magistrate Judge Lee specifically advised Plaintiff that he had 14 days in which to object to the Report and Recommendation and that failure to do so would waive his right to appeal. (Doc. 8); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact and conclusions of law. Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED** this 8th day of October, 2014.

                                         */s/ Harry S. Mattice, Jr.*
                                         HARRY S. MATTICE, JR.
                                         UNITED STATES DISTRICT JUDGE